# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2244 | **DATE** | 4/25/08 |
| **CASE TITLE** | Davis v. Windmoeller & Helscher Corp., et al. | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 5/6/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|