U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                Case Number: 08 CV 2244
STEVEN DAVIS
v.
WINDMOELLER & HOELSCHER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
STEVEN DAVIS

| |
|---|
| NAME (Type or print)<br>PATRICK HALLIDAY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Patrick Halliday |
| FIRM<br>Dudley & Lake, LLC |
| STREET ADDRESS<br>100 E. Cook Avenue, 2nd Floor |
| CITY/STATE/ZIP<br>Libertyville, IL  60048 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6281828 | TELEPHONE NUMBER<br>847-362-5385 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |