IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| STEVEN DAVIS,<br>    Plaintiff, | )<br>)<br>) No. 1:08-cv-2244 |
| v. | ) |
| WINDMOELLER & HOELSCHER CORPORATION,<br>Individually, and d/b/a GARANT MASCHINEN | ) Judge John W. Darrah<br>)<br>) Magistrate Judge Jeffrey Cole |
|     Defendant. | ) |

## NOTICE OF MOTION

TO:   All counsel of record

PLEASE TAKE NOTICE that on **May 22, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before The Honorable John W. Darrah, or the presiding judge, in courtroom 1203 in the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, IL-60604 and shall then and there present the attached **Defendant's Motion to Transfer Venue and Memorandum of Law in Support**

                                                    s/Paul W. Johnson
                                                    Paul W. Johnson – ARDC#6294360
                                                    One of the attorneys for Defendant,
                                                    Windmoeller & Hoelscher Corporation
                                                    Individually and d/b/a Garant Maschinen
                                                    Swanson, Martin & Bell, LLP
                                                    330 North Wabash, Suite 3300
                                                    Chicago, IL 60611
                                                    Telephone: (312) 321-9100

### CERTIFICATE OF SERVICE

I, the undersigned, on oath, state that this proof of service was filed on May 8, 2008 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all e-filing counsel of record in this case. I further served a copy of this notice, proof of service and above-listed documents by mailing a copy to all counsel of record by depositing same in the U.S. Mail at 330 North Wabash, Chicago, IL-60611, with first-class postage prepaid at or before 5:00 p.m. on said date; and had a copy of this proof of service, notice and above-listed documents physically filed with the Clerk of this court.

                                                  s/ Paul W. Johnson
                                                  Paul W. Johnson – ARDC#6294360
                                                  Swanson, Martin & Bell, LLP
                                                  330 North Wabash, Suite 3300
                                                  Chicago, IL 60611
                                                  Telephone: (312) 321-9100
                                                  pjohnson@smbtrials.com