

**Office of the Sheriff**

MICHAEL P. WALSH
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801

(302)395-8450

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
                 ) SS
NEW CASTLE COUNTY)

Re:   STEVEN DAVIS vs WINDMOELLER & HOELSCHER
      CORPORATION INDIVIDUALLY AND D/B/A GARANT MASCHINEN
      Civil Action No. 08 L 262

Carl D Pace III, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon **SCOTT LASCALA, SERVICE OF PROCESS FOR CORPORATION TRUST COMPANY**, Registered Agent for WINDMOELLER & HOELSCHER CORPORATION at 1209 ORANGE STREET WILMINGTON, DE 19801 on 4/23/2008 at 1:30PM a copy of Out of State Summons and Complaint At Law.

The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.

_____
DEPUTY SHERIFF
NEW CASTLE COUNTY

STATE OF DELAWARE)
                 ) SS
NEW CASTLE COUNTY)

**BE IT REMEMBERED** that on April 30, 2008 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Carl D Pace III, a Deputy Sheriff of New Castle County and State of Delaware, and stated that the facts stated above are true and correct.

**SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

_____
Notary Public

RECEIVED MAY 05 2008   08-13