IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| STEVEN DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:08-cv-2244 |
| v. ) | |
| ) | |
| WINDMOELLER & HOELSCHER CORPORATION, ) | Judge John W. Darrah |
| Individually, and d/b/a GARANT MASCHINEN ) | |
| ) | Magistrate Judge Jeffrey Cole |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD
TO PLAINTIFF'S COMPLAINT**

NOW COMES the Defendant, Windmoeller & Hoelscher Corporation by and through its attorneys, SWANSON, MARTIN & BELL, LLP, and moves this Honorable Court to enter an order for an extension of time in the amount of thirty (30) days to answer or otherwise plead to the Plaintiff's Complaint.

1. On April 4, 2008, the Plaintiff filed this action in the Circuit Court of Will County, Illinois against Windmoeller & Hoelscher Corporation ("Windmoeller").

2. On April 18, 2008, Defendant Windmoeller timely removed the case to the Northern District of Illinois - Eastern Division pursuant to 28 U.S.C. §§ 1441, 1446, citing diversity of citizenship and amount in controversy.

3. On May 5, 2008, Defendant Windmoeller filed its Motion to Transfer Venue and Memorandum of Law in Support seeking a transfer to the Central District of Illinois.

4. Initial case management and a hearing on Windmoeller's Motion to Transfer Venue is set for May 22, 2008.

5. Windmoeller is required to answer or otherwise plead to Plaintiff's Complaint on or before May 13, 2008, because service was executed on Windmoeller on April 23, 2008.

6. On May 12, 2008, Defendant Windmoeller contacted Plaintiff's counsel and solicited counsel's agreement to the thirty (30) day extension of time to answer or otherwise plead. Counsel for Plaintiff had no objection to the extension of time.

7. Additionally, Plaintiff's counsel informed counsel for Windmoeller that they do not intend to oppose Windmoeller's Motion to Transfer Venue to the Central District of Illinois.

8. In the interest of judicial economy, Windmoeller's Motion to Transfer Venue should be decided before Windmoeller's answer is filed.

WHEREFORE, the Defendant, Windmoeller & Hoelscher Corporation, respectfully request this Honorable Court to enter an order granting a thirty (30) day time extension, or until June 13, 2008, to answer or otherwise plead to the Plaintiff's Complaint or until such time that Windmoeller's Motion to Transfer Venue is heard and decided.

Respectfully Submitted,

By: /s/ Paul W. Johnson
One of the attorneys for the Defendant
Windmoeller & Hoelscher Corp.

David E. Kawala ARDC# 6191156
Richard J. Keating ARDC# 6229550
Paul W. Johnson, ARDC# 6294360
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, IL 60611
312-321-9100
312-321-0990 FAX
dkawala@smbtrials.com
rkeating@smbtrials.com
pjohnson@smbtrials.com