IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| STEVEN DAVIS,<br>      Plaintiff,<br><br>v.<br>WINDMOELLER & HOELSCHER CORPORATION,<br>Individually, and d/b/a GARANT MASCHINEN<br><br>      Defendant. | No. 1:08-cv-2244<br><br>Judge John W. Darrah<br><br>Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

TO:    All counsel of record

PLEASE TAKE NOTICE that on **May 22, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before The Honorable John W. Darrah, or the presiding judge, in courtroom 1203 in the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, IL-60604 and shall then and there present the attached **Defendant's Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint.**

                                        s/Paul W.Johnson
                                        Paul W. Johnson – ARDC#6294360
                                        One of the attorneys for Defendant,
                                        Windmoeller & Hoelscher Corporation
                                        Individually and d/b/a Garant Maschinen
                                        Swanson, Martin & Bell, LLP
                                        330 North Wabash, Suite 3300
                                        Chicago, IL 60611
                                        Telephone: (312) 321-9100

### CERTIFICATE OF SERVICE

I, the undersigned, on oath, state that this proof of service was filed on May 13, 2008 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all e-filing counsel of record in this case. I further served a copy of this notice, proof of service and above-listed documents by mailing a copy to all counsel of record not serviced via CM/ECF system, by depositing same in the U.S. Mail at 330 North Wabash, Chicago, IL-60611, with first-class postage prepaid at or before 5:00 p.m. on said date; and had a copy of this proof of service, notice and above-listed documents physically delivered to the judge.

                                          s/ Paul W. Johnson
                                        Paul W. Johnson – ARDC#6294360
                                        Swanson, Martin & Bell, LLP
                                        330 North Wabash, Suite 3300
                                        Chicago, IL 60611
                                        Telephone: (312) 321-9100
                                        pjohnson@smbtrials.com

<u>**SERVICE LIST**</u>
Davis v. Windmoeller, et al
U. S. District Court No. 1:08-cv-2244

Patrick E. Halliday
Dudley & Lake LLCX
100 East Cook Avenue, 2nd floor
Libertyville, IL 60048
Telephone: (847) 362-5385
Fax: (847) 362-5386
*Attorneys for Plaintiff,*
*Steven Davis*

\*\*\*\*\*\*\*\*\*\*\*

David E. Kawala
Paul W. Johnson
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
Telephone: (312) 321-9100
Fax: (312) 321-0990
*Attorneys for Defendant,*
*Windmoeller & Hoelscher Corporation,*
*Individually and d/b/a Garant Maschinen*