## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2244 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Steven Davis vs. Windmoeller & Hoelscher Corporation | | |

**DOCKET ENTRY TEXT**

Defendant's motion for an extension of time to file an answer or otherwise plead to the complaint is granted to and including 6/26/08 [14]. Defendant's motion to transfer this case is granted [11]. The clerk of this court is ordered to transfer this case to the U.S.D.C. Central District of Illinois in Peoria, forthwith.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|