

**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

May 27, 2008

USDC, Illinois Central District

151 Paul Findley Federal Bldg and
United States Courthouse
600 East Monroe Street
Springfield, IL 62701

    RE:   Davis v. Windmoeller & Hoelscher Corporation
             Case No: 07cv7047

Dear Clerk:

Pursuant to the transfer order entered by the Honorable Judge John W. Darrah, on May 22, 2008, the above record was electronically transmitted to the Central District of Illinois.

                                      Sincerely yours,

                                      Michael W. Dobbins, Clerk

                                      By:    / s/ Lakisha C. Williams
                                                      Deputy Clerk

Enclosure

New Case No. _____    Date _____